O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA E. YANEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br><br>PRIMERICA LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:23-cv-00277-MEMF-AS<br><br>**ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT'S PRIMERICA LIFE INSURANCE COMPANY'S APPLICATION FOR LEAVE TO DEPOSIT FUNDS INTO COURT REGISTRY [ECF NO. 23]**<br><br>[Fed. R. Civ. P. 67]<br><br>Complaint Filed: September 26, 2022 |

1

The Court finds good cause and GRANTS Defendant and Counterclaimant Primerica Life Insurance Company's ("Primerica") Application for Leave to Deposit Funds into Court Registry. The Court hereby orders and directs the Clerk of the United States District Court to accept Primerica's deposit of the funds at issue in the interpleader counterclaim, to wit, $389,328.49, representing the policy benefit payable under the subject insurance policy ($375,000.00), plus interest on the same ($14,311.07), plus refund of premium ($17.42), and to deposit said funds in an interest-bearing account pursuant to Federal Rule of Civil Procedure 67.

**IT IS SO ORDERED.**

Dated: March 21, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge